REPORT FOLLOWING
VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 1:23-cv-00944 | Anantha K. Sankey v. Western Michigan University | 5/20/2024 |

**PARTIES**  Attendees

| Name | On Behalf Of |
|---|---|
| Anantha Sankey | Plaintiff |
| Keith Hahn | Defendant |
| | |
| | |
| | |
| | |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
| Charissa Huang | Plaintiff |
| David Porter | Defendant |
| | |
| | |
| | |
| | |
| | |

Result:  [✓] Case settled in full - Final paperwork will be filed: <u>within 30 days</u>
[ ] Mediation continuing - Date of Next Session _____
[ ] Not settled - Mediation Completed

Dated: May 28, 2024                By:  /s/ Lee T. Silver
                                         Lee T. Silver
                                         Mediator