UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANANTHA K. SANKEY,

    Plaintiff,

CASE NO. 1:23-cv-944

v.

HON. ROBERT J. JONKER

WESTERN MICHIGAN UNIVERSITY,

    Defendant.

_____/

## ORDER SETTING DEADLINE FOR CLOSING DOCUMENTS

The Court having been advised by the Report following Voluntary Facilitative Mediation e-filed on May 28, 2024, of a settlement to this matter,

**IT IS ORDERED** that closing documents shall be filed with the Court on or before **June 28, 2024**.  If the closing documents are not presented by that date, and if the parties are unable to show good cause for the delay and for retaining this case on the court's docket, this case will be dismissed without prejudice and without costs.

Dated:  May 29, 2024                /s/ Robert J. Jonker
                                         ROBERT J. JONKER
                                         UNITED STATES DISTRICT JUDGE